# JANUARY 21, 1942

EARL DAVENPORT *alias* E. D. DAVENPORT V. THE STATE.

No. 21858. Delivered January 21, 1942.

The opinion states the case.

No attorney for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged with knowingly passing a forged instrument, and it was also averred in the indictment that he had previously been convicted of two former felonies.

Upon conviction of the present offense and a finding by the jury of the former convictions the trial court fixed the punishment at life imprisonment in the penitentiary under the habitual criminal provision of Art. 63 P. C.

The record is brought to this court without statement of facts or bills of exception.

The judgment is affirmed.